IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41173
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

MIGUEL GARCIA-COVARUBIAS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B:97-CR-232-1
- - - - - - - - - -
February 11, 1998
Before SMITH, EMILIO M. GARZA, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Appellant Miguel Garcia-Covarubias appeals his conviction

and sentence for illegal re-entry following deportation in

violation of 8 U.S.C. § 1326(a) and (b)(2).  Garcia-Covarubias

argues that he was sentenced under 8 U.S.C. § 1326(b)(2) for a

prior aggravated felony conviction and since he was charged and

pleaded guilty to the elements of 8 U.S.C. § 1326(a), the

Government should have alleged the prior aggravated felony in the

indictment.  His argument is foreclosed by this court's opinion

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

in <u>United States v. Vasquez-Olvera</u>, 999 F.2d 943, 946-47 (5th

Cir. 1993).

AFFIRMED.